UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL GRANT, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01465 |
| VES GROUP, INC., *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed July 17, 2022, (DOC # 28), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on July 17, 2022.

_____
Alfred H. Bennett
United States District Judge